No. 551. Fogarty, Trustee in Bankruptcy, *v.* United States et al. C. A. 8th Cir. Certiorari granted. *Henry S. Blum* for petitioner. *Solicitor General Perl-*

910

*man* filed a memorandum stating that the United States does not oppose the granting of the petition. ▮

No. 558.  FERES, EXECUTRIX, *v.* UNITED STATES.  C. A. 2d Cir.  Certiorari granted.  *Morris Pouser* and *David H. Moses* for petitioner.  *Solicitor General Perlman* filed a memorandum stating that the United States does not oppose the granting of the petition. ▮

